Welding R. Mailler, Respondent, v. United States Pipe and Foundry Company and Another, Defendants, Appellants, and Maurice Wertheim and Others, individually and as Copartners Doing Business under the Firm Name and

Style of WERTHEIM & Co., Impleaded Defendants, Appellants.— Judgment in favor of plaintiff and against the defendants, and in favor of defendants against impleaded defendants, in an action for conversion by reason of the transfer of a certificate of stock upon the forged indorsement of plaintiff, unanimously affirmed, with costs to plaintiff as against defendants, and with costs to defendants as against the impleaded defendants. No opinion. Present — Carswell, Scudder, Tompkins, Davis and Johnston, JJ.